**Order entered November 3, 2014**



In The

## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-14-00531-CV

**JUAN CARLOS FLORES, Appellant**

**V.**

**CHASCO, INC. A/K/A CHASCO INTERIORS, INC., ET AL., Appellees**

On Appeal from the 160th Judicial District Court
Dallas County, Texas
Trial Court Cause No. DC-09-14912-H

## ORDER

We **GRANT** appellant's October 22, 2014 motion for second extension of time to file appellant's brief and **ORDER** the brief be filed no later than November 18, 2014. No further extensions will be granted absent exigent circumstances.

/s/ ADA BROWN
JUSTICE